IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEODIS RANDLE**                                                                                 **PLAINTIFF**

**v.**                              **Case No: 4:19-cv-00116-KGB**

**DOES**                                                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Leodis Randle's complaint is dismissed without prejudice (Dkt. No. 1). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 19th day of December, 2019.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge